**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                             **CASE NO: 6:14-cr-239-Orl-22LRH**

**WILLIAM BULLOCK**

___

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on May 27, 2020, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed May 14, 2019 by Probation Officer Armando Rivera. In accordance with the Coronavirus Aid, Relief, and Economic Security Act, H.R. 748 (the CARES Act) and this Court's Administrative Order *In re: The National Emergency Declared on March 13, 2020*, Case No. 8:20-mc-0025-SDM, Doc. 1, I conducted the Hearing via video conference. Before doing so, I found that a delay in conducting this Hearing would seriously harm the interests of justice. Moreover, the Defendant, after consultation with his counsel, consented to proceed via video conference.

In the Petition, Probation Officer Armando Rivera alleges the Defendant was in violation of:

- **Supervised Release Standard Condition 1, Paragraph 1**

Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court.

On April 11, 2019, the defendant fled and eluded law enforcement following their attempt to initiate a stop with lights and sirens. He was subsequently charged with Fleeing or Attempting to Elude Siren Lights in Seminole County Circuit Court, Sanford, Florida, Docket # 2019-CF-001611-A.

The Defendant admitted violating the condition as set forth in the Petition for Warrant or

Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his Supervised Release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on this 27th day of May, 2020.

*/s/ Leslie R. Hoffman*
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
District Judge